IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-cr-454 |
| MELVIN LEWIS, | : | |
| *Defendant* | : | |

### ORDER

AND NOW, this 20th day of January, 2021, upon consideration of Melvin Lewis's § 2255 Motion to Vacate/Set Aside/Correct a Sentence (Doc. No. 86), the Government's Opposition to the Motion (Doc. No. 95), and the Report and Order of Mr. Lewis's Probation Officer (Doc. No. 96), it is **ORDERED** that:

1. The Motion (Doc. No. 86) is **DENIED** for the reasons set forth in the Court's Memorandum Opinion;

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Lewis's Motion;

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1